FILED ___ LODGED ___ RECEIVED ___ MAIL
FEB 10 2017
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

Karen P. Marcereul
P.O. Box 773
Scappoose, Oregon 97056
503-543-2602

Clerk of the Court
United States District Court
Western District of Washington
700 Stewart St., Suite 2310
Seattle, WA 98101

To Whom it may Concern,

This is my Objection in writing; clearly identifying the case name and number "Griffith, et al. v. Providence Health and Services, et al., CASE NO. 14-cv-01720-JCC." I object to the fairness and reasonableness of the Settlement.

Written on the eighth day of February, 2017 in the year of our Lord.

Karen P. Marcereul

Ms. Karen Marceaux
PO Box 773
Scappoose, OR 97056

___ FILED
___ LODGED
___ RECEIVED

FEB 10 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

Clerk of the Court
United States District Court Western
District of Washington
700 Stewart Street, Suite 2
Seattle, WA

