*Clerk of the Court*



Griffith, et al. V. Providence Health and Service, et al
Case No. 14-cv-01720-JCC

FEB 22 2017

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY               DEPUTY

Tamara Towers Parry, MD
4401 SW Hudson Street
Seattle, WA 98116

206-931-7009

Your Honor,

I would like to object to the fairness, reasonableness and adequacy of this settlement. I would also like to request an opportunity to speak at the fairness hearing on March 21, 2017.

My goal with this objection is to protect the employees and physicians at Providence Health and Services et al.

I object to the settlement because I object to PHS's ERISA exemption as a church plan. If we settle, PHS keeps this exemption. This allows them to skirt federal and state oversight as a protection for their 80,000 employees. Currently employees of this health care organization can be violated in ways that would be considered illegal under ANY OTHER circumstance.

I object because I feel more HAS to be done to protect employees and physicians from these violations. If this case settles, PHS does NOT lose its ERISA exemption because of they keep their FBO status. They are not a church in my opinion. They are a health organization.

Employees currently do NOT have protections which would normally be facilitated through the USDOL via EBSA, the ADA, HIPPA, and even Federal Contract Compliance.

In addition to saving billions in federal taxes, PHS's FBO status allows them to fund their health plan without state and federal oversight. Essentially, this means they can violate laws, including laws designed to protect the seriously ill, the disabled and the most vulnerable. I find this ironic. This lack of employee protection perpetuates the exact opposite of their public mission statement.

Your honor, I have detailed examples which can not be summarized here. Suffice it to say that these employee violations started when I developed a rapidly progressive neurologic condition. PHS and SHS failed to disclose that they had financial interest in their 3rd party administrator of health benefits. They failed to offer the community standard of care. This was the start of a very long and damaging chapter for both me and my patients. I can provide notebooks of documentation if needed.

Tammy Towers Pappey MD
4401 SW Hudson
Seattle, WA
98116

Clerk of the Court
US District Court Western Dist. of WA.
700 Stewart Street
Suite 2310
Seattle, WA 98101

# FedEx Express



earthsmart
FedEx carbon-neutral
envelope shipping

K1 226
FZ
7 C
16:00
5370
02-23



FEB 22 2011

```
ORIGIN ID:HAEA  (206) 931-7009         SHIP DATE: 22FEB17
TAMMY TOWERS PARRY MD                  ACTWGT: 0.10 LB
                                       CAD: 6989844/SSF01722
4401 SW HUDSON

SEATTLE, WA 98116                      BILL CREDIT CARD
UNITED STATES US

TO CLERK OF THE COURT
   US DC WESTERN DIST.OF WA
   700 STEWART STREET
   STE 2310
   SEATTLE WA 98101
    (000) 000-0000
PO:                    REF:
                                        DEPT:
```

TRK# 7856 8399 5370
0201

WV LKEA

THU – 23 FEB 3:00P
STANDARD OVERNIGHT

98101
WA-US   SEA

FedEx Express
E
J171117021401uv