THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA GRIFFITH and JEANETTE WENZL, on behalf of themselves, individually, and on behalf of the Providence Health & Services Cash Balance Retirement Plan, <br><br> Plaintiffs, <br><br> v. <br><br> PROVIDENCE HEALTH & SERVICES, *et al.*, <br><br> Defendants. | CASE NO. C14-1720-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline to mail payments to 3,802 nonvested former participants ("Group II") (Dkt. No. 73). The parties explain that, shortly before mailing the payments, Rust Consulting—the company retained by Defendants to process and mail the Group II payments—changed its position on how the payments should be treated for tax purposes. (*Id.* at 2.) This change in position required the parties to perform unanticipated research and expert consultation to ensure proper treatment of the payments, resulting in a delay. (*Id.*) The parties have now reached consensus on the proper tax treatment of the Group II payments and Defendants are prepared to process and mail the

payments by Friday, July 21, 2017. (*Id.*) Accordingly, the parties request an extension of the mailing deadline to that date. (*Id.*)

The motion (Dkt. No. 73) is GRANTED. The deadline for mailing Group II payments is hereby EXTENDED to Friday, July 21, 2017.

DATED this 30th day of June 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk